## (January 13, 1959)

■ NATHAN MALKIN, Appellant, v. DAVID DUBINSKY, as President of the International Ladies' Garment Workers' Union, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

■ In the Matter of the Arbitration between CHARLES N. HALL, as President of the Engineers Association, Appellant, and SPERRY GYROSCOPE COMPANY DIVISION OF SPERRY RAND CORP., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

■ In the Matter of the Arbitration between RAMON BALSA, Appellant, and WILLIAM J. SWANWICK, as President of United Paperworkers of America, AFL-CIO, Local 292, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

■ MARGARET J. DIXON et al., Appellants, v. LESTER T. DOYLE, as Trustee in Reorganization of the Surface Transportation Corporation of New York, Respondent, et al., Defendant.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., M. M. Frank, Valente and Bergan, JJ.

■ HAROLD A. PARKER, Respondent, v. CURTIS ELEVATOR COMPANY, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

■ SARAH KUBRIK, Appellant, v. ANNE KREISLER, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

■ EVELYN DAKAN, Respondent, v. EVERETT A. DAKAN, Appellant.— Judgment so far as appealed from unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

■ HYMAN GORIN, Appellant, v. BENJAMIN FISHER et al., Defendants, and CHARLES FALLETTA et al., Trading under the Name of C. & J. FALLETTA, FIRESTONE DEALERS, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

■ ANNA EPP et al., Appellants, v. CITY OF NEW YORK et al., Respondents. MILDRED FRANKEL, Third-Party Plaintiff, v. OIL HEAT ENGINEERING CO., INC. et al., Third-Party Defendants.— Orders unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

■ THOMAS KING, Appellant, v. CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.